IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:17CR103 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GABRIELLA VALDEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 150) is granted.

2. Defendant Gabriella Valdez's sentencing is continued to June 28, 2018, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 24th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge